BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05-0748 JSW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE BAIL REVIEW HEARING** |
| v. | ) | |
| CHESTER SMITH, | ) | |
| Defendant. | ) | |

Upon request of the parties, this matter was added to the Court's calendar on November 29, 2005 for bond posting. To facilitate Mr. Smith's release under the conditions to which the parties have tentatively agreed, the parties wish the bond posting to be roughly contemporaneous with Mr. Smith's change-of-plea hearing before the district court. It now appears that Mr. Smith will not appear for change of plea until the week of December 5, 2005.

Accordingly, the parties agree and stipulate that the bail review/bond positing hearing

///

///

///

CR 05-0748 JSW; STIP & PROPOSED ORDER
TO CONTINUE BAIL REVIEW/BOND
POSTING                                                          1

1  presently scheduled for November 29, 2005 shall be continued to December 8, 2005 at 9:30 AM.

2      IT IS SO STIPULATED.

3  Dated: 11/27/05

    BARRY J. PORTMAN
    Federal Public Defender
    JOSH COHEN
    Assistant Federal Public Defender

6  Dated: 11-28-05

    KEVIN V. RYAN
    United States Attorney
    JEFFREY FINIGAN
    Assistant United States Attorney

10     Accordingly, and for good cause shown, the bail review/bond posting hearing presently scheduled for November 29, 2005 is hereby continued to December 8, 2005 at 9:30 AM.

12     IT IS SO ORDERED.

13 Dated:     November 28, 2005

    EDWARD
    UNITED STATES MAGISTRATE JUDGE

*(Seal: United States District Court, Northern District of California — Judge Edward M. Chen)*

CR 05-0748 JSW; STIP & PROPOSED ORDER
TO CONTINUE BAIL REVIEW/BOND
POSTING     2