| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOSH COHEN |
| | Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building – Box 36106 |
| | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 5 | |
| | Counsel for Defendant SMITH |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 05-0748 VRW (EMC) |
| | ) | |
| v. | ) | [PROPOSED] ORDER PERMITTING DEFENDANT TO RECEIVE AND RETAIN UPON RELEASE FIFTY CENTS |
| CHESTER EVAN SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

This Court having signed a release bond this morning directing that the defendant be released from the custody of the United States Marshals Service immediately, and having been advised that the defendant cannot contact his custodian by collect telephone call, it is hereby ordered that the defendant be allowed to receive fifty cents from the Federal Defender's Office; that he be permitted to retain this fifty cents as personal property; and that he be released from Santa Rita Jail this evening with this fifty cents in his possession.

IT IS SO ORDERED.

Dated: December 8, 2005

_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA – Judge Edward M. Chen]*

CR-05-0748 VRW (EMC)
ORDER RE: FIFTY CENTS