04/16/2007 15:54  14154367565       US PROBATION       PAGE 02/02

USDC EDWI
FILED IN GREEN BAY DIV
APR 24 2007
AT_____ O'CLOCK_____
JON W. SANFILIPPO, CLERK

PROB 22 (Rev. 2/88)

DOCKET NUMBER (Tran. Court): 3:05CR00748-1 VRW
DOCKET NUMBER (Rec. Court): 07 CR 98

## TRANSFER OF JURISDICTION

ORIGINAL FILED MAY - 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Chester E. Smith<br>N6959 Highway W<br>Mount Calvary, WI 53057 | ND/CA | |
| | NAME OF SENTENCING JUDGE<br>The Honorable Vaughn R. Walker | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 3/14/06 TO 3/13/08 |

**OFFENSE**
Count One: Threatening a Federal Law Enforcement Officer, 18 U.S.C. § 115(a)(1)(B), a Class D felony

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Eastern District of Wisconsin _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

16 Apr 2007
Date

[signature]
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Eastern District of Wisconsin

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/19/07
Effective Date

[signature]
United States District Judge